# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# (WESTERN DIVISION)

| | |
|---|---|
| CANDACE ERFORD, *et al*,  )<br>  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>GOVERNMENT EMPLOYEES  )<br>INSURANCE COMPANY, d/b/a GEICO  )<br>  )<br>      Defendants.  )  | Civil Action No. 5:21-cv-00314-M |

## JOINT MOTION TO APPROVE FAIR LABOR
## STANDARDS ACT SETTLEMENT

The above captioned parties jointly move for approval of the attached Settlement Agreement (Exhibit 1) with respect to the Plaintiffs located in this judicial district, and in support of this Motion state as follows:

The above captioned parties have reached an overall Settlement Agreement covering five (5) Fair Labor Standards Act ("FLSA") collective actions:

*Erford v. Government Employees Insurance Company*, United States District Court for the Eastern District of North Carolina, Civil No. 5:21-cv-00314-M. ("the *Erford* Matter")

*Hart v. Government Employees Insurance Company*, United States District Court for the Middle District of Pennsylvania, Civil No. 4:21-cv-00859-MWB. ("the *Hart* Matter")

*Russo v. Government Employees Insurance Company*, United States District Court for the District of New Jersey, Civil No. 2:21-cv-17234-MEF-JBC. ("the *Russo* Matter")

*Schwarzmann v. Government Employees Insurance Company*, United States District Court for the Northern District of Ohio, Civil No. 1:21-cv-02270-PAB. ("the *Schwarzmann* Matter")

*Zambito v. Government Employees Insurance Company*, United States District Court for the Middle District of Florida, Civil No. 8:21-cv-02223-MSS-SPF. ("the *Zambito* Matter")

In this matter, the parties settled in the total amount of $57,500.00, of which $37,500.00 is

1

allocated to payment of back wages and damages to six Plaintiffs, directly; (ii) $3,175.00 is allocated to reimbursement of attorney out-of-pocket litigation expenses; and (iii) $16,825.00 is allocated to the payment of attorney's fees.

Because FLSA releases are not effective absent Department of Labor or Court approval, the parties are filing identical motions for approval in the cases listed above. The Settlement Agreement provides that it is not effective unless all Courts approve it.

Although some courts have started to hold that judicial approval of FLSA settlements is not required, most follow *Lynn's Food Stores v. U.S.*, 679 F.3d 1350 (11th Cir. 1982). *Lynn*'s holds that settlements are permissible when negotiated in "an adversarial context," by an attorney "who can protect [employees'] rights under the statute," and when the settlement reflects "a reasonable compromise of disputed issues." Under those conditions, settlements can be approved "to promote the policy of encouraging settlement of litigation." *Id.* at 1354. Those conditions are present here, as described in the parties jointly submitted Memorandum in Support, filed contemporaneously with this motion.

For the foregoing reasons and those explained in the parties' Memorandum, the parties jointly request that the Court approve the attached settlement agreement and order that the case be dismissed with prejudice. A proposed order is attached.

Dated: June 30, 2023

Respectfully submitted,

By: */s/ Brian L. Church*
Brian L. Church (Bar No. 39581)
Adam K. Doerr (Bar No. 37807)
Brendan P. Biffany (Bar No. 54761)
bchurch@robinsonbradshaw.com
adoerr@robinsonbradshaw.com
bbiffany@robinsonbradshaw.com

2

Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
704-377-8166
Fax: 704-339-3466
*Local Civil Rule 83.1(d) Counsel*


By: */s/ Paul D. Burgin*
Eric Hemmendinger
eh@shawe.com
Lindsey A. White
white@shawe.com
Paul D. Burgin
burgin@shawe.com
Shawe Rosenthal LLP
One South Street, Suite 1800
Baltimore, MD 21202
Telephone: (410) 752-1040
Facsimile: (410) 752-8861
*Attorneys for Defendant*
(*admitted pro hac vice*)


By: */s/ Joseph Ledford (with permission)*
Joseph Ledford, Esq. (Bar No. 10397)
The Law Offices of Joseph Ledford
301 South McDowell Street, Suite 912
Charlotte, NC 28204

Gregg C. Greenberg, Esq.
Thomas Eiler, Esq.
(Admitted Pro Hac Vice)
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (ph)
GGreenberg@ZAGFirm.com
TEiler@ZAGFirm.com
*Counsel for Plaintiffs and the Class / Collective*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2023, a true and correct copy of the foregoing was electronically filed and thereby served upon all counsel of record.

*/s/ Brian L. Church*
Brian L. Church